NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1599

EXCEL INNOVATIONS, INC.,

Plaintiff/Counterclaim Defendant-
Appellant,

and

AVIV LLC and NED HOFFMAN,

Counterclaim Defendants,

v.

YOU TECHNOLOGY INC. (formerly known as YT ACQUISITION CORPORATION),

Defendant/Counterclaimant-
Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 03-CV-3125, Judge Maxine M. Chesney.

ON MOTION

## O R D E R

You Technology Inc. moves without opposition to substitute itself as the appellee pursuant to Rule 43(b) of the Federal Rules of Appellate Procedure.

Upon consideration thereof,,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**MAR 1 7 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2009

JAN HORBALY
CLERK

cc:  Greg J. Charles, Esq.
     Alfred C. Pfeiffer, Jr., Esq.
     Mark S. Davies, Esq.
s19

2008-1599               2